**The District Court of the 20th Judicial District.**
**County of Lake.**

STATE OF MONTANA,
    Plaintiff,                        CAUSE NO. DC-99-18
vs.                                  DECISION
DONNY GEORGE,
    Defendant.

On September 16, 2009, the defendant was sentenced a commitment to the Department of Corrections for a term of ten (10) years with five (5) years suspended for violation of the conditions of a suspended sentence, for the offense of Sexual Intercourse Without Consent, a felony. The Court recommends the defendant be placed in the Missoula Pre-Release Center, if determined appropriate by the Department of Corrections.

On February 4, 2010, the defendant's application for review of that sentence was heard by the Sentence Review Division of the Montana Supreme Court.

The defendant was present and was advised of his right to be represented by counsel. The state was not represented.

Before hearing the application, the defendant was advised that the Sentence Review Division has the authority not only to reduce the sentence or affirm it, but also increase it. The defendant was further advised that there is no appeal from a decision of the Sentence Review Division. The defendant acknowledged that he understood this and stated that he wished to proceed.

Rule 17 of the Rules of the Sentence Review Division of the Supreme Court of Montana provides that "the sentence imposed by the District Court is presumed correct, and the sentence will not be reduced or increased unless it is deemed clearly inadequate or excessive." (§46-18-904(3), MCA).

The Division finds that the reasons advanced for modification are insufficient to hold that the sentence imposed by the District Court is inadequate or excessive.

Therefore, it is the unanimous decision of the Sentence Review Division that the sentence shall be affirmed.

Done in open Court this 4th day of February, 2010.

DATED this 23rd day of February, 2010.

Chairperson, Hon. Blair Jones, Member, Hon. Richard Simonton and Member, Hon. Ray Dayton.